# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00415-CR

Gabryelle Daniels,
Appellant

v.

The State of Texas,
Appellee

On appeal from the Municipal Court
of Copperas Cove, Texas
Judge Bill Price, presiding
Trial Court Cause No. E00E459-1

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Gabryelle Daniels appealed the trial court's Community Service Order that was imposed and signed on September 17, 2025. On December 2, 2025, Daniels filed a motion to voluntarily dismiss the appeal. Daniels has signed the motion to dismiss. *See* TEX. R. APP. P. 42.2(a).

Accordingly, Daniels's motion to voluntarily dismiss the appeal is granted, and this appeal is dismissed.[1]  *Id.*



STEVE SMITH
Justice

OPINION DELIVERED and FILED:  December 11, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
Do not publish
CR25

---

[1] This Court notified Daniels by letter from Clerk of the Court that this Court does not appear to have jurisdiction over this appeal from municipal court.  In response, Daniels has filed this motion to dismiss the appeal.